UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARIEN JERODE PEASE, SR.,

    Plaintiff,

v.                                      Case No. 8:21-cv-2949-KKM-AAS

SUNTRUST BANK, *et al.*,

    Defendants.
_____

## ORDER

Per Local Rule 1.07(a)(1) (M.D. Fla.), the Court **ORDERS** that this action is **TRANSFERRED** to the Honorable Charlene Edwards Honeywell, with her Honor's consent and for all further proceedings. *See Pease v. Suntrust Bank Corp.*, Case No. 8:21-cv-2687-CEH-CPT.

**ORDERED** in Tampa, Florida, on December 27, 2021.

*/s/ Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge